# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    PLAINTIFF,<br><br>vs.<br><br>ROGER S. BLISS, an individual and ROGER S. BLISS d/b/a ROGER BLISS AND ASSOCIATES EQUITIES, LLC, a Utah limited liability company, ROGER BLISS AND ASSOCIATES CLUB LLC, and BLISS CLUB LLC,<br><br>    DEFENDANTS. | ORDER GRANTING MOTION TO FILE FEE APPLICATION INVOICES *IN CAMERA*<br><br>Case No. 2:15-cv-00098-RJS<br><br>District Judge: Robert J. Shelby |

Tammy B. Georgelas, Receiver for Roger S. Bliss ("Bliss"), Roger S. Bliss d/b/a Roger Bliss and Associates Equities, LLC, Roger Bliss and Associates Club LLC, and Bliss Club LLC (collectively the "Receivership Defendants"), has made a Motion to File Fee Application Invoices *in camera*. The Court has considered the Receiver's Motion and finds that:

    1.    The invoices to the Fee Application contain privileged and other sensitive and confidential information.

    2.    Disclosure of such information to adverse parties or the general public has a significant likelihood of providing third-parties an unfair advantage in dealing, transacting, and litigating with the Receiver.

    3.    It is in the best interest of the Receivership Estate that such information be reviewed *in camera* and not be made publicly available.

4844-6206-0081.v1

Accordingly,

**IT IS HEREBY ORDERED** that:

1. The Receiver's Motion is **GRANTED**; and

2. The Receiver is **AUTHORIZED** to file Exhibit B containing the invoices to the First Application for Interim Compensation *in camera*.

**IT IS SO ORDERED** this \_\_\_\_\_ day of May, 2016.

_____
The Honorable Judge Robert J. Shelby
United States District Court Judge