# Exhibit B

Detailed Invoices Previously Submitted to the Court *in camera*

4817-0305-8993.v3