IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>ROGER S. BLISS, *et al.*,<br><br>    Defendants. | **ORDER GRANTING MOTION TO FILE ALL FUTURE FEE APPLICATION INVOICES *IN CAMERA***<br><br>Case No. 2:15-cv-00098-RJS<br><br>Judge Robert J. Shelby |

Tammy B. Georgelas, the court-appointed Receiver in this case, filed a Motion to File All Future Fee Application Invoices *in camera*. (Dkt. 173.) The Court has considered the Receiver's Motion and finds that:

1. The invoices to the Receivership Team's Fee Applications contain privileged and other sensitive confidential information;

2. Disclosure of such information to adverse parties or the general public has a significant likelihood of providing third-parties an unfair advantage in dealing, transacting, and litigating with the Receiver; and

3. It is in the best interest of the Receivership Estate that such information be reviewed *in camera* and not be made publicly available.

Accordingly, the court ORDERS that:

1. The Receiver's Motion is GRANTED; and

2. The Receiver is authorized to file all future invoices to the Receivership Team's Fee Applications *in camera*.

1

**SO ORDERED** this _____ day of October, 2016.

BY THE COURT:

_____
ROBERT J. SHELBY
United States District Judge

4841-0588-1659 v1