<u>Exhibit B</u>

Detailed Invoices for Parsons, Behle & Latimer Submitted to the Court *in camera*

4850-6079-9803 v3