<u>Exhibit C</u>

Detailed Invoices for Lone Peak Valuation Group Submitted to the Court *in camera*


17

4850-6079-9803 v3
