IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ROGER S. BLISS, et al.,<br><br>Defendants. | **MEMORANDUM DECISION AND ORDER GRANTING THE RECEIVER'S MOTION FOR REASSIGNMENT OF ANCILLARY CASE REFERRALS TO A SINGLE MAGISTRATE JUDGE**<br><br>2:15-cv-98<br><br>Chief District Judge Robert J. Shelby |

Before the court is the Receiver's Renewed Motion for Reassignment of Ancillary Case Referrals to a Single Magistrate Judge.[1] Pursuant to the court's Order to Provide Notice,[2] the Receiver notified Defendants in related cases of her Motion and the deadline for opposing it.[3] No Defendant opposes her Motion, and the February 18, 2018 deadline for doing so has passed. After consideration of the factors enumerated in DUCiv 83-2(g), the court grants the Receiver's unopposed Motion because it will promote judicial efficiency and will not prejudice any Defendant. The Clerk of Court is directed to reassign the below-listed case referrals to Magistrate Judge Paul M. Warner.

    1. *Georgelas v. Devereaux*, 2:16-cv-000508-RJS-DBP, filed on June 8, 2016, assigned to Magistrate Judge Dustin B. Pead.

    2. *Georgelas v. Call*, 2:16-cv-000511-RJS-DBP, filed on June 8, 2016, assigned to Magistrate Judge Dustin B. Pead.

    3. *Georgelas v. Olsen*, 2:16-cv-000529-RJS-EJF, filed on June 8, 2016, assigned to Magistrate Judge Evelyn J Furse.

---

[1] Dkt. 251.

[2] Dkt. 254.

[3] *See* Dkt. 255.

4. *Georgelas v. Spring Grove Investments*, 2:16-cv-000534-RJS-BCW, filed on June 8, 2016, assigned to Magistrate Judge Brooke C. Wells.

5. *Georgelas v. Michelle Bliss*, 2:16-cv-000556-RJS-EJF, filed on June 9, 2016, assigned to Magistrate Judge Evelyn J. Furse.

6. *Georgelas v. Jeanine Bliss*, 2:16-cv-000558-RJS-BCW, filed on June 9, 2016, assigned to Magistrate Judge Brooke C. Wells.

7. *Georgelas v. Natalie Bliss*, 2:16-cv-000559-RJS-BCW, filed on June 9, 2016, assigned to Magistrate Judge Brooke C. Wells.

8. *Georgelas v. Mindy Bliss aka Mindy Phillips*, 2:16-cv-000561-RJS-BCW, filed on June 9, 2016, assigned to Magistrate Judge Brooke C. Wells.

SO ORDERED this 5th day of March, 2019.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge